to the Court of Appeals of the District of Columbia denied. *Mr. Donald Horne* for Frederick T. Fleitmann. *Mr. Frederick S. Winston* for Marie J. J. Fleitmann et al. *Solicitor General Biggs* and *Messrs. Sewall Key* and *Morton K. Rothschild* for respondent.

No. 134. TAYLOR ET AL. *v.* U. S. CASUALTY Co. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. W. Turner Logan* for petitioners. *Messrs. F. H. Horlbeck* and *Julian Mitchell, Jr.,* for respondent.

No. 136. LEE *v.* MARYLAND. October 9, 1933. Petition for writ of certiorari to the Court of Appeals of Maryland denied. *Mr. Carol Weiss King* for petitioner. *Mr. Wm. Preston Lane, Jr.,* for respondent.

No. 137. ATLANTIC COAST LINE R. Co. *v.* PRIMUS, ADMINISTRATRIX. October 9, 1933. Petition for writ of certiorari to the Supreme Court of South Carolina denied. *Messrs. Thomas W. Davis* and *Douglas McKay* for petitioner. *Mr. D. W. Robinson* for respondent.

No. 151. WESTERN KNITTING MILLS ET AL. *v.* UNITED STATES. October 9, 1933. Petition for writ of certiorari to the Court of Claims denied. *Mr. Emil C. Wetten* for petitioners. *Solicitor General Biggs* and *Assistant Attorney General Wideman* for the United States.